UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

In Re:

CHRISTINA VAN AN,

                        Debtor

**Order Filed on May 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    17-34456

Chapter:    13

Hearing Date:    n/a

Judge:    MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: May 3, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____31_____ for a total of $_____531_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____845_____ per month for ___31___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Christina Van An  
    Debtor

Case No. 17-34456-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 03, 2018  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2018.  
db         +Christina Van An,    300 Church Road,    Brick, NJ 08723-6402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2018        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2018 at the address(es) listed below:
       Albert Russo    docs@russotrustee.com
       Christopher Keith Baxter    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trus    BKECF@mlg-defaultlaw.com
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB    bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation    rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William H. Oliver, Jr.    on behalf of Debtor Christina Van An    bkwoliver@aol.com, R59915@notify.bestcase.com
                             TOTAL: 7