**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                                          CASE NO.: 17-34456-MBK

                                                                                        Chapter 13

**Christina Van An**
**aka Van Dam An,**

    **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

    **PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                 RAS Crane, LLC
                                 Authorized Agent for Secured Creditor
                                 10700 Abbott's Bridge Road, Suite 170
                                 Duluth, GA 30097
                                 Telephone: 470-321-7112
                                 Facsimile: 404-393-1425
                                 By: /s/Harold Kaplan
                                 Harold Kaplan, Esquire
                                 Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 25, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

.
WILLIAM H. OLIVER, JR.
2240 STATE HIGHWAY 33
SUITE 112
NEPTUNE, NJ  07753

CHRISTINA VAN AN
AKA VAN DAM AN
300 CHURCH ROAD
BRICK, NJ  08723

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ  08650-4853

U.S. TRUSTEE
DEPT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com