UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ 07753
732-988-1500
WO-7129
Attorney for Debtor

Order Filed on January 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christina Van An

Case No.: 17-34456

Chapter: 13

Judge: MBK

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 10, 2018___ :

Property:     300 Church Road, Brick, NJ 08723

Creditor:     Selene Finance, LP

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Attorney for Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___April 4, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Christina Van An  
      Debtor

Case No. 17-34456-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                Page 1 of 1                  Date Rcvd: Jan 07, 2019  
                           Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2019.  
db          +Christina Van An,    300 Church Road,    Brick, NJ 08723-6402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2019 at the address(es) listed below:  
      Albert    Russo    docs@russotrustee.com  
      Christopher Keith Baxter    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a  
       Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trus  
       BKECF@mlg-defaultlaw.com  
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Harold N. Kaplan    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana  
       Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com,  
       informationathnk@aol.com  
      Laura M. Egerman    on behalf of Creditor   Wilmington Savings Fund Society, FSB  
       bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation  
       rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      William H. Oliver, Jr.    on behalf of Debtor Christina Van An bkwoliver@aol.com,  
       R59915@notify.bestcase.com  
                                                                                                                                    TOTAL: 8