| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-34456 / MBK**

Christina Van An

Petition Filed Date: 12/04/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 04/24/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $826.03 | 45646040 | 01/31/2018 | $826.03 | 46311510 | 02/27/2018 | $826.03 | 47028150 |
| 03/27/2018 | $826.03 | 47821740 | 04/25/2018 | $826.03 | 48584510 | 05/22/2018 | $826.00 | 49326850 |
| 06/26/2018 | $845.00 | 50187420 | 07/25/2018 | $845.00 | 50945260 | 08/22/2018 | $845.00 | 51704490 |
| 09/26/2018 | $845.00 | 52584890 | 10/23/2018 | $845.00 | 53331610 | 11/26/2018 | $845.00 | 54167930 |
| 12/28/2018 | $845.00 | 54954950 | | | | | | |

**Total Receipts for the Period: $10,871.15   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,871.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christina Van An | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCL | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 2013 LEXUS GX\ORDER 3/22/2018 | Debt Secured by Vehicle | $28,627.17 | $1,178.49 | $27,448.68 |
| 2 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» P/300 CHURCH RD/1ST MTG | Mortgage Arrears | $185,989.36 | $7,656.54 | $178,332.82 |
| 3 | QUANTUM3 GROUP LLC<br>»» BON TON | Unsecured Creditors | $1,708.49 | $0.00 | $1,708.49 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,907.95 | $0.00 | $2,907.95 |
| 5 | Ameriprise Financial Bank<br>»» P/300 CHURCH RD/2ND MTG/CRAM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 5/3/18 | Attorney Fees | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,871.15 | Plan Balance: | $19,454.97 ** |
| Paid to Claims: | $9,366.03 | Current Monthly Payment: | $845.00 |
| Paid to Trustee: | $719.27 | Arrearages: | $18.97 |
| Funds on Hand: | $785.85 | Total Plan Base: | $30,326.12 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**