UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune,NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

**Order Filed on April 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christina Van An

Case No.:          17-34456

Chapter:              13

Judge:      Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and

creditor on _____January 7, 2019_____ :

Property:        300 Church Road, Brick, NJ 08723_____

Creditor:        Selene Finance, LP_____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney for Debtor_____,

and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____,

and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 4, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2