UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christina Van An

| | |
|---|---|
| Case No.: | 17-34456 |
| Adv. No.: | |
| Hearing Date: | 8/6/2019 |
| Judge: | Michael B. Kaplan |

**ORDER ANNULING THE AUTOMATIC STAY NUNC PRO TUNC WAIVING THE 14 DAY STAY UNDER FRBP 4001(a)(3); IF THE CASE HAS BEEN DISMISSED AND/OR CLOSED TO** TO REINSTATE AND/OR OPEN CASE FOR PURPOSES OF ADJUDICATING THIS MOTION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>US Bank, NA as Legal Title Trustee for Truman<br>2016 SC6 Title Trust | |
| CHRISTINA VAN AN<br>A/K/A VAN DAM AN<br>xxx-xx-0433<br><br>Debtor. | Case No.:   17-34456<br>Chapter:    13<br>Judge:      MBK<br><br>**ORDER ON MOTION BY U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST FOR AN ORDER ANNULLING THE AUTOMATIC STAY *NUNC PRO TUNC* AS OF DECEMBER 4, 2017 TO CONFIRM AND VALIDATE ALL FORECLOSURE PROCEEDINGS; WAIVING THE 14-DAY STAY UNDER FRBP 4001(a)(3); AND IF THE CASE HAS BEEN DISMISSED AND/OR CLOSED TO REINSTATE AND/OR OPEN CASE FOR PURPOSES OF ADJUDICATING THIS MOTION**<br><br>Hearing Date: August 6, 2019 @ 9:00 a.m. |

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

(Page 2)
Debtor: CHRISTINA VAN AN A/K/A VAN DAM AN
Case No: 17-34456-MBK
Caption of Order: Order annulling the automatic stay, *nunc pro tunc*, and other relief

Upon consideration of ("Movant") U.S. Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust's motion/application for an order annulling the automatic stay, *nunc pro tunc*, and other relief; and for good cause appearing therefore, it is hereby

**ORDERED** as follows:

1. The automatic stay of 11 *U.S.C.* §362 is hereby annulled as it applies to Movant, *nunc pro tunc* as of December 4, 2017 to permit Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by movant upon the following:

    472 Myrtle Avenue, Brick, New Jersey 08723.

2. Any and all foreclosure proceedings heretofore completed against the aforesaid property including, but not limited to, the May 8, 2018 sheriff sale and the May 21, 2018 sheriff's deed resulting from Movant's foreclosure case with the Superior Court of New Jersey, Chancery Division, Ocean County under Docket No. F-011034-15 are hereby ratified and confirmed by this court as being valid and effectual as if the automatic stay imposed by 11 *U.S.C.* §362(a) was never in effect.

3. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order in its entirety.

4. If the case has been dismissed and/or closed, it shall be reinstated and/or reopened for the sole purpose of adjudicating this motion.

5. The Movant shall serve this Order on the Debtor and any other party who entered an appearance on the motion who were not already electronically served by this Court.

United States Bankruptcy Court
District of New Jersey

In re:
Christina Van An
    Debtor

Case No. 17-34456-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2019
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db           +Christina Van An,   300 Church Road,   Brick, NJ 08723-6402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Christopher Keith Baxter    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trus
          BKECF@mlg-defaultlaw.com
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Emmanuel J. Argentieri    on behalf of Creditor   US Bank, NA as Legal Title Trustee for Truman
          2016 SC6 Title Trust bk@rgalegal.com
         Harold N. Kaplan    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
          Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com,
          informationathnk@aol.com
         Laura M. Egerman    on behalf of Creditor   Wilmington Savings Fund Society, FSB
          bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.    on behalf of Debtor Christina Van An bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                                                                                             TOTAL: 9