**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

**IN RE:**                                                              **CASE NO.: 17-34456-MBK**
                                                                                **CHAPTER 13**

**Christina Van An**
**aka Van Dam An,**

   **Debtor.**

_____/

## NOTICE OF WITHDRAWAL

   **PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE
FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), the undersigned
hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 09/30/2019 under
claim #2 on the Claims Register.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Sindi Mncina
 Sindi Mncina
 Email: smncina@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

William H. Oliver, JR
2240 State Highway 33
Suite 112
Neptune, NJ 07753

Christina Van An
300 Church Road
Brick, NJ 08723

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Sindi Mncina
   Sindi Mncina
Email: smncina@rascrane.com