| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-34456 / MBK**

Christina Van An

Petition Filed Date: 12/04/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 04/24/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $845.00 | 55762750 | 02/26/2019 | $845.00 | 56507760 | 03/26/2019 | $845.00 | 57301850 |
| 04/29/2019 | $845.00 | 58105600 | 05/28/2019 | $845.00 | 58843500 | 07/01/2019 | $845.00 | 59699200 |
| 07/30/2019 | $845.00 | 60432640 | 08/29/2019 | $845.00 | 61303410 | 09/27/2019 | $845.00 | 62044310 |
| 10/30/2019 | $845.00 | 62872520 | 12/03/2019 | $845.00 | 63660800 | 12/30/2019 | $845.00 | 64365570 |

**Total Receipts for the Period: $10,140.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,856.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christina Van An | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCL | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 2013 LEXUS GX\ORDER 3/22/2018 | Debt Secured by Vehicle | $28,627.17 | $2,556.84 | $26,070.33 |
| 2 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» P/300 CHURCH RD/1ST MTG | Mortgage Arrears | $185,989.36 | $16,611.71 | $169,377.65 |
| 3 | QUANTUM3 GROUP LLC<br>»» BON TON | Unsecured Creditors | $1,708.49 | $0.00 | $1,708.49 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,907.95 | $0.00 | $2,907.95 |
| 5 | Ameriprise Financial Bank<br>»» P/300 CHURCH RD/2ND MTG/CRAM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 5/3/18 | Attorney Fees | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 17-34456 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,856.15 | Plan Balance: | $8,469.97 ** |
| Paid to Claims: | $19,699.55 | Current Monthly Payment: | $845.00 |
| Paid to Trustee: | $1,372.44 | Arrearages: | $18.97 |
| Funds on Hand: | $784.16 | Total Plan Base: | $30,326.12 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.