Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–34456–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christina Van An
   aka Van Dam An
   300 Church Road
   Brick, NJ 08723

Social Security No.:
   xxx–xx–0433

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 4, 2018.

On 09/03/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:               October 6, 2020
Time:              10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 4, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christina Van An  
    Debtor

Case No. 17-34456-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Sep 04, 2020  
                  Form ID: 185     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.

```
db            +Christina Van An,   300 Church Road,    Brick, NJ 08723-6402
lm            +Chase,   Mail Code: OH4-7302,   P.O. box 2469,   Columbus, OH 43216-2469
cr            +SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVIN,    Phelan Hallinan&Schmieg, PC,
                1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
lm             Selene FInance LP, servicer for Christiana Trust,,    9990 Richmond Avenue, Suite 400,
                Houston, TX 77042-4546
cr            +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    PHELAN HALLINAN DIAMOND & JONES, PC,
                1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
cr            +Wilmington Savings Fund Society, FSB,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,   Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane LLC,
                10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461
517235733      Ameriprise Financial,    P.O. Box 44092,   Jacksonville, FL 32231-4092
517212477     +Barclays Bank Delaware,    100 S West St,   Wilmington, DE 19801-5015
517212479     +Chase Home Finance LLC,    c/o Phelan Hallinan and Schmieg, P.C.,
                400 Fellowship Road, Suite 100,   Mount Laurel, NJ 08054-3437
517212481     +Commonwealth Financial Systems,    245 Main St,   Dickson City, PA 18519-1641
517235734     +Jeffrey M. Savitt, DC,    1541 State Hwy. #88 West,    Brick, NJ 08724-2373
517880037     +Lakewood Anesthesia Associates, LLC,    PO Box 302,   Little Silver, NJ 07739-0302
517235735     +Lakewood Surgery Center L.L.C.,    1215 Route 70,    Suite 2000,   Lakewood, NJ 08701-6958
517235736     +North Dover Open MRI,    1275 Route 35 North,    Middletown, NJ 07748-2040
517235738     +Shore Orthopaedic Group,    35 Gilbert Street S.,    Tinton Falls, NJ 07701-4954
517212483    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    Asset Protection Dept.,   PO Box 2958,
                Torrance, CA 90509)
517242552     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517661401     +Wilmington Savings Fund Society,    RAS Crane LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
517260326     +Wilmington Savings Fund Society,    C/O Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave,
                Suite 100,   Boca Raton FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 23:52:55       U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517212476      E-mail/Text: paymentprocessing@avanteusa.com Sep 04 2020 23:51:42       Avante,
                3600 South Gessner,   Ste 225,   Houston, TX 77063
517212478     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 23:57:31       Cardworks/CW Nexus,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517212480      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2020 23:52:40       Comenity Bank/Bon Ton,
                Attn: Bankruptcy,   Po Box 18215,   Columbus, OH 43218
517328436      E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 23:57:29       MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517212484     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 23:57:30       Merrick Bank,
                P. O. Box 9201,   Old Bethpage, NY 11804-9001
517235737     +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Sep 04 2020 23:53:26       Ocean Medical Center,
                425 Jack Martin Blvd.,   Brick, NJ 08724-7732
517322805      E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2020 23:52:47
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517212485     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 23:56:55       Synchrony Bank/TJX,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517290143     +E-mail/Text: bkteam@selenefinance.com Sep 04 2020 23:52:18
                Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Selene Finance LP,
                9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 11
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
517212482*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    Bankruptcy Notice,   PO Box 8026,
                Cedar Rapids, IA 52409)
517212486*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 04, 2020
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Christopher Keith Baxter    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trus
           MLGBK@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
           2016 SC6 Title Trust bk@rgalegal.com
          Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com,
           informationathnk@aol.com
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor     SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS
           FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE
           ACQUISITION TRUST nj.bkecf@fedphe.com
          Robert   Davidow    on behalf of Creditor     WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
           TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST nj.bkecf@fedphe.com
          Sindi   Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB smncina@rascrane.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Christina Van An courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                              TOTAL: 13
```