Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34456−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christina Van An
   aka Van Dam An
   300 Church Road
   Brick, NJ 08723

Social Security No.:
   xxx−xx−0433

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/6/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2020
JAN: wir

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 17-34456-MBK

Christina Van An                                                                   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                Page 1 of 3
Date Rcvd: Oct 07, 2020                     Form ID: 148                              Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Van An, 300 Church Road, Brick, NJ 08723-6402 |
| lm | + | Chase, Mail Code: OH4-7302, P.O. box 2469, Columbus, OH 43216-2469 |
| cr | + | SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVIN, Phelan Hallinan&Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| lm | | Selene FInance LP, servicer for Christiana Trust,, 9990 Richmond Avenue, Suite 400, Houston, TX 77042-4546 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, FSB, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517235733 | | Ameriprise Financial, P.O. Box 44092, Jacksonville, FL 32231-4092 |
| 517212479 | + | Chase Home Finance LLC, c/o Phelan Hallinan and Schmieg, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517212481 | + | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 517235734 | + | Jeffrey M. Savitt, DC, 1541 State Hwy. #88 West, Brick, NJ 08724-2373 |
| 517880037 | + | Lakewood Anesthesia Associates, LLC, PO Box 302, Little Silver, NJ 07739-0302 |
| 517235735 | + | Lakewood Surgery Center L.L.C., 1215 Route 70, Suite 2000, Lakewood, NJ 08701-6958 |
| 517235736 | + | North Dover Open MRI, 1275 Route 35 North, Middletown, NJ 07748-2040 |
| 517235738 | + | Shore Orthopaedic Group, 35 Gilbert Street S., Tinton Falls, NJ 07701-4954 |
| 517242552 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517661401 | + | Wilmington Savings Fund Society, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517260326 | + | Wilmington Savings Fund Society, C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton FL 33487-2853 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517212476 | | Email/Text: paymentprocessing@avanteusa.com | Oct 07 2020 22:16:00 | Avante, 3600 South Gessner, Ste 225, Houston, TX 77063 |
| 517212477 | + | EDI: TSYS2.COM | Oct 08 2020 01:43:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517212478 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2020 22:55:59 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517212480 | | EDI: WFNNB.COM | Oct 08 2020 01:43:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 517328436 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2020 22:56:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517212484 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2020 22:57:17 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517235737 | + | Email/Text: OMCbankruptcy@hackensackmeridian.org | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 33 |

| | | | Oct 07 2020 22:17:00 | Ocean Medical Center, 425 Jack Martin Blvd., Brick, NJ 08724-7732 |
|---|---|---|---|---|
| 517322805 | | EDI: Q3G.COM | Oct 08 2020 01:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517212485 | + | EDI: RMSC.COM | Oct 08 2020 01:43:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517212483 | | EDI: TFSR.COM | Oct 08 2020 01:43:00 | Lexus Financial Services, Asset Protection Dept., PO Box 2958, Torrance, CA 90509 |
| 517212482 | | EDI: TFSR.COM | Oct 08 2020 01:43:00 | Lexus Financial Services, Bankruptcy Notice, PO Box 8026, Cedar Rapids, IA 52409 |
| 517212486 | | EDI: TFSR.COM | Oct 08 2020 01:43:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517290143 | + | Email/Text: bkteam@selenefinance.com | Oct 07 2020 22:16:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, C/O Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Christopher Keith Baxter | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trus MLGBK@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, informationathnk@aol.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 33

Laura M. Egerman
    on behalf of Creditor Wilmington Savings Fund Society  FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert Davidow
    on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Christina Van An courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 13